UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEVIN PUGH on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-01747-TWP-TAB |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | ) ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION**

It is hereby stipulated and agreed, by the parties, through their respective counsel, that all claims asserted in this action by Plaintiff Devin Pugh may be dismissed with prejudice and without costs.

WHEREFORE, the parties respectfully request that the Court enter the attached Order of Dismissal with Prejudice.

Dated:  October 17, 2017

Respectfully submitted,

**PRICE WAICUKAUSKI & RILEY LLC**

*/s/ William N. Riley* (with consent)
William N. Riley
Joseph N. Williams
Hammond Block Building
301 Massachusetts Ave
Indianapolis, IN  46204
317-633-8787 (Phone)
317-633-8797 (Fax)
wriley@price-law.com
jwilliams@price-law.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
Elizabeth A. Fegan (*pro hac vice*)
1918 Eighth Ave, Suite 3300
Seattle, WA  98101
206-623-7292 (Phone)
206-623-0594 (Fax)
steve@hbsslaw.com
beth@hbsslaw.com

**THE PAYNTER LAW FIRM PLLC**
Stuart M. Paynter (*pro hac vice*)
1200 G. Street N.W. Suite 800
Washington DC  20005
202-626-4486 (Phone)
866-734-0622 (Fax)
stuart@smplegal.com

*Attorneys for Plaintiff Pugh*

**SCHIFF HARDIN LLP**

*/s/ Robert J. Wierenga*
Robert J. Wierenga
Suzanne Wahl (*pro hac vice*)
Jacob Danziger (*pro hac vice*)
350 S. Main St., Suite 210
Ann Arbor, MI  48104
734-222-1500 (Phone)
734-222-1501 (Fax)
rwierenga@schiffhardin.com
swahl@schiffhardin.com
jdanziger@schiffhardin.com

**FAEGRE BAKER & DANIELS LLP**
Kathy L. Osborn (21927-53)
300 North Meridian Street, Suite 270
Indianapolis, IN  46204
313-237-0300 (Phone)
317-237-1000 (Fax)
kathy.osborn@faegrebd.com

*Attorneys for Defendant NCAA*