UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEVIN PUGH on behalf of himself and all others similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION <br><br>  Defendant. | Case No. 1:15-cv-01747-TWP-TAB |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Devin Pugh, by and through his attorney of record, having stipulated for dismissal of all claims asserted in this action with prejudice and without costs, and the Court being fully advised in the premises;

IT IS ORDERED that the above-entitled matter and all claims asserted therein, are hereby dismissed with prejudice and without costs.

SO ORDERED.

Date: 10/19/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF